**Motion Denied; Dismissed and Memorandum Opinion filed August 28, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00607-CV

---

**SG PROPERTIES, L.L.C., Appellant**

**V.**

**RELIANT ENERGY RETAIL SERVICES, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 980359**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed March 14, 2012. According to appellant, it filed a timely motion for new trial. Appellant's notice of appeal was filed June 24, 2012. If a timely motion for new trial was filed, the notice of appeal was due on June 12, 2012. *See* Tex. R. App. P. 26.1(a). On June 28, 2012, appellant filed a motion for extension of time to file the notice of appeal. *See* Tex. R. App. P. 26.3. We review the record on appeal when considering a jurisdictional motion. No record has been filed in this appeal, however. The record was due July 12, 2012. *See* Tex. R. App. P. 35.1(a). On July 17,

2012, this court notified the parties and the clerk responsible for preparing the record in this appeal that the record was late. In response, the clerk informed the court that appellant did not make arrangements to pay for the record.

On July 18, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment or payment arrangements. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment or payment arrangements for the record. Appellant's only response to this court's notice was to file another copy of its notice of appeal and motion for extension of time on July 23, 2012.

Accordingly, the appeal is ordered dismissed. Appellant's motion for extension of time to file its notice of appeal is denied as moot.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.

2